# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF MARYLAND
# NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Criminal No.  JKB-22-cr-439** |
| | : | |
| **DAVANTE HARRISON** | : | |

## ORDER

Upon consideration of Defendant's Motion to Suppress Tangible Evidence and Defendant's Statement on September 25, 2023, it is this _____ day of _____, 2023, hereby,

   **GRANTED:**

.

_____

Chief Judge James K. Bredar